UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NU-BEST FRANCHISING, INC.,** *et al.*

      **Plaintiffs,**

vs.                                                     Case No. 8:05-CV-507-T-27-TGW

**MOTION DYNAMICS, INC.,** *et al.*,

      **Defendants.**
_____/

## ORDER

**BEFORE THE COURT** is Plaintiffs' Emergency Motion to Stay Proceedings of the Defendants to Enforce Interim Award of Arbitrator (Dkt. 25), Plaintiffs' Motion to Stay Proceedings of the Defendants to Enforce Interim Award of Arbitrator (Dkt. 23) and Defendants' Memorandum in Opposition to Plaintiffs' Motion to Stay Proceedings (Dkt. 24). Upon consideration, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Emergency Motion to Stay Proceedings of the Defendants to Enforce Interim Award of Arbitrator (Dkt. 25) and Plaintiffs' Motion to Stay Proceedings (Dkt. 23) are **GRANTED**, on condition that Plaintiffs post a cash or surety bond in a form approved by the Clerk of this Court in the amount of $ 351,000.00.

**DONE AND ORDERED** in chambers this _____ day of August, 2005.

                                                        _____
                                                        **JAMES D. WHITTEMORE**
                                                        **United States District Judge**

Copies to:
Counsel of Record